

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2020

No. 04-20-00017-CV

**IN RE** Mickey **KOSER** and Trinity Couriers, Inc.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Beth Watkins, Justice

On January 10, 2020, relator filed a petition for writ of mandamus and a motion for emergency stay. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for emergency stay is denied as moot. This court's opinion will issue at a later date.

It is so **ORDERED** on January 14, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14 day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI05066, styled *Stephanie Devora v. Mickey Koser and Trinity Couriers, Inc.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.